## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Darren Ostern, on behalf of himself
and all others similarly situated,

       Plaintiff,                                   Civil No. 09-534 (RHK/FLN)

vs.                                                **DISQUALIFICATION AND**
                                                      **ORDER FOR REASSIGNMENT**

Comcast Corporation, et al.,

       Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: March 9, 2009

                                                          s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge